FILED IN CHAMBERS

FEB 11 2021

U.S. MAGISTRATE JUDGE
N.D. GEORGIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>MAURICE BANKS,<br><br>Defendant. | CASE NO.<br>1:20-CR-00428-1-ELR-AJB |

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that Saraliene Durrett is hereby appointed to represent Defendant Maurice Banks.

This 11th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE