# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00428-ELR-AJB
## USA v. Vinson et al
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 06/16/2021.

| | |
|---|---|
| TIME COURT COMMENCED: 3:00 P.M. | COURT REPORTER: Elizabeth Cohn |
| TIME COURT CONCLUDED: 3:35 P.M. | CSO/DUSM: Scott; Siebman |
| TIME IN COURT: 00:35 | USPO: Skyra Watson |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Michelle Beck |

| | |
|---|---|
| DEFENDANT(S): | [1]Maurice Banks Present at proceedings |
| ATTORNEY(S) PRESENT: | Saraliene Durrett representing Maurice Banks<br>Sekret Sneed representing USA |
| PROCEEDING CATEGORY: | Detention Hearing; |
| MINUTE TEXT: | Court called to order. Parties provided argument. After considering arguments, reviewing the evidence presented and factors involving detention/bond, the court affirmed the Magistrate Judge's ruling. Court will prepare an order memorializing the rulings rendered during the hearing. Defendant will remain in the custody of the USMS. Court adjourned. |
| HEARING STATUS: | Hearing Concluded |