IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAURICE BANKS | Criminal Action No.<br><br>1:20-cr-00428-ELR-AJB-1 |

**Government's Unopposed Motion to Continue Pretrial Conference**

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Sekret T. Sneed, Assistant United States Attorney, for the Northern District of Georgia, files this unopposed motion to continue the last day to file pretrial motions, which is presently set for July 12, 2021, and the Pretrial Conference that is presently set for July 15, 2021, at 3:15 p.m., for thirty (30) days. For cause, the United States shows as follows:

1. On November 9, 2020, a Grand Jury sitting in the Northern District of Georgia, charged the defendant, Maurice Banks ("Defendant") and three others, with conspiracy, in violation of Title 18, United States Code, Section 371, and charged the Defendant alone with two counts of theft of firearms from a federal firearms licensee in violation of Title 18, United States Code, Section 922(u), in a sealed indictment. (Doc. 1.)  The indictment was unsealed on February 11, 2021. (Doc. 43.)

2. On February 11, 2021, the Defendant made his initial appearance and was arraigned.  (Doc. 45.)

3.  After a hearing, this Court ordered the Defendant detained pending trial on February 17, 2021.  (Docs. 50-51.)

4.  This Court originally set a pretrial conference for March 1, 2021, (Doc. 52), which has been continued, based upon several prior requests, until July 15, 2021.

5.  Counsel for the government has trial scheduled to begin on July 12, 2021, which is expected to last approximately two weeks, in front of Judge Cohen in the matter entitled *United States v. Beck*, 1:19-cr-00184.

6.  Therefore, the government respectfully requests that the Court grant this motion and continue the pretrial conference, and the last date for pretrial motions to be filed, in the above-styled case and that the period of the extension be excluded from computation under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h).

7.  Counsel for the government discussed this motion with Saraliene Durrett, counsel for the Defendant, who does not oppose this motion.

For these reasons, the government respectfully requests that the Court continue the pretrial conference for thirty (30 ) days.

                                      Respectfully submitted,

                                      KURT R. ERSKINE
                                         *Acting United States Attorney*

                                  /s/SEKRET T. SNEED
                                         *Assistant United States Attorney*
                                    Georgia Bar No. 252939
                                    sekret.sneed@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

July 11, 2021

/s/ SEKRET T. SNEED

SEKRET T. SNEED
*Assistant United States Attorney*